STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**DANNY RAMOS DIAZ**                          Case No.   11-07263-ESL

                              Chapter 13      Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| I. Appearances | | | Date & Time: 9/30/2011 10:15:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R  [ ] NR   LV: to be determined |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Substitute | | | First Bank--Melchor |

**II. Oath Administered**
    [X] Yes          [ ] No

**III. Plan**

Date:  08/30/2011        Base:    $18,000.00    Payments 0 made out of 1 due.

Confirmation Hearing Date:    11/2/2011  9:00:00AM

Evidence of Pmt shown:   No

**Attorney's fees as per R. 2016(b)**
    $3,000.00   -   $146.00   =   $2,854.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**DANNY RAMOS DIAZ**                         Case No.   11-07263-ESL

                                  Chapter 13    Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State - years |
| [ ] Insuarence quote |   [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) 10 days to make 1st payment or trustee will move for dismissal.

2) Debtor will submit title study to verify ownership of real property at Las Piedras.

3) Debtor testified that he is requesting social security benefits

 

**s/Rosamar García**                                                              Date:     09/30/2011

   **Trustee/Presiding Officer**                                                                              (Rev. 02/11)